UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOOM FRESH INTERNATIONAL LIMITED,<br><br>            Plaintiff,<br><br>    v.<br><br>JESSE SOLORIO, *et al.*,<br><br>            Defendants. | Case No. 1:25-cv-01305-JLT-CDB<br><br>ORDER ON STIPULATION TO EXTEND *NUNC PRO TUNC* TIME FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT<br><br>(Doc. 14) |

Plaintiff Bloom Fresh International Limited initiated this action with the filing of a complaint on October 2, 2025. (Doc. 1).

Pending before the Court is the second stipulated agreement of Plaintiff and Defendants Crescensio A. Mena and Patricio A. Mena, filed on November 26, 2025, for an extension of time within which said Defendants shall file their response to the complaint. (Doc. 14). The parties represent that they are "discussing an early resolution that may avoid the need for further litigation, and wish to spare the Court and parties from the cost associated with Mena responding to the [c]omplaint …" *Id.* at 2.

For good cause shown, the stipulated request will be granted.

///

///

///

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that Defendants Crescensio A. Mena and Patricio A. Mena's deadline to respond to the complaint is extended *nunc pro tunc* to **December 29, 2025**.

IT IS SO ORDERED.

Dated:   **December 1, 2025**                                    _____
                                                                                   UNITED STATES MAGISTRATE JUDGE