**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLOOM FRESH INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>JESSE SOLORIO; DEL SOL PRODUCE SALES, INC.; JESSE SOLORIO & SONS COLD STORAGE, INC.; CRESCENSIO A. MENA; and PATRICIO A. MENA,<br><br>Defendants. | Case No. 1:25-cv-01305 JLT CDB<br><br>STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JESSE SOLORIO, DEL SOL PRODUCE SALES, INC., AND JESSE SOLORIO & SONS COLD STORAGE, INC.<br><br>(Docs. 24, 27.) |

Upon consideration and having found good cause therein, the Court hereby APPROVES Plaintiff BLOOM FRESH INTERNATION LIMITED'S ("Plaintiff" or "Bloom Fresh") and Defendants JESSE SOLORIO, DEL SOL PRODUCE SALES, INC., and JESSE SOLORIO & SONS COLD STORAGE, INC. (collectively, "Solorio Defendants") (together with Plaintiff, the "Parties"), Stipulation to Entry of a Permanent Injunction against the Solorio Defendants and Voluntary Dismissal with Prejudice as to the Solorio Defendants (Docs. 24, 27) as follows:

**WHEREAS**, on October 2, 2025, Plaintiff filed its Complaint (Doc. 1) in this Action against multiple defendants, including the Solorio Defendants.

**WHEREAS**, Plaintiff is the owner of numerous U.S. Plant Patents and U.S. trademark registrations directed to Plaintiff's proprietary plant varieties, including the patent and trademark

identified and shown in ¶ 2 of Plaintiff's Complaint (Doc. 1) (collectively referred to herein as "Bloom Fresh's Intellectual Property");

**WHEREAS**, Plaintiff's Complaint asserted causes of action against the Solorio Defendants for Patent Infringement under United States Patent Act, codified at 35 U.S.C. § 1 *et seq*., and in particular, 35 U.S.C. §§ 271 and 281-285; and Trademark Infringement, False Designation of Origin, and Unfair Competition under U.S. trademark laws codified at 15 U.S.C. § 1051 *et seq*., all arising from the propagation, cultivation, and/or use of certain plants and the marketing and/or sale of certain plants and/or fruit comprising Bloom Fresh's Intellectual Property (the "Accused Products");

**WHEREAS**, the Parties have entered into a Settlement Agreement that resolves all causes of action asserted by the Complaint against the Solorio Defendants;

**WHEREAS,** the Solorio Defendants contend there was no intentional infringement by them; however, they have no intention of any infringement and wish to buy their peace through settlement;

**WHEREAS**, pursuant to the terms of the Settlement Agreement, the Solorio Defendants agreed to, and the Parties HEREBY STIPULATE to, entry of a Permanent Injunction against the Solorio Defendants and Voluntary Dismissal of the Solorio Defendants from the present Action:

THEREFORE, it is **HEREBY ORDERED** that:

1. The Court has personal jurisdiction over Defendants and subject matter jurisdiction in this Action at least pursuant to 15 U.S.C. § 1121.

2. Entry of this Stipulation to Entry of a Permanent Injunction and Voluntary Dismissal with Prejudice shall serve to bind and obligate each of the Parties hereto.

3. The Solorio Defendants, including all their agents, servants, successors and assigns, are permanently restrained and enjoined from directly and indirectly:

   a. Making, using, selling, offering for sale, or importing into the U.S., and/or knowingly permitting or inducing others to make, use, sell, offer for sale or import into the U.S., any products protected under Bloom Fresh's asserted U.S. Plant Patent, or from assisting or encouraging any other individual or entity in doing the same.

2

b. All commercial use of Bloom Fresh's asserted Trademarks and any colorable imitations thereof in connection with the advertisement, promotion, display, offering for sale or sale of living plants and any related products and services; or from representing or suggesting in any manner that the Solorio Defendants, their products or services, or their activities are affiliated with, sponsored by, licensed by, or otherwise associated with Bloom Fresh; or from otherwise interfering with Bloom Fresh's use, enjoyment, and registration of Bloom Fresh's trademarks; or from assisting or encouraging any other individual or entity in doing the same.

4. Each Party shall bear its own attorneys' fees and costs associated with the Action, with the exception of payments set forth in the Settlement Agreement, with neither Party deemed as the prevailing party.

5. The Court dismisses with prejudice Defendants JESSE SOLORIO, DEL SOL PRODUCE SALES, INC., and JESSE SOLORIO & SONS COLD STORAGE, INC. from the above-entitled action.

6. This case shall remain **OPEN**.

IT IS SO ORDERED.

Dated:   **February 2, 2026**

_____
UNITED STATES DISTRICT JUDGE

3