**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLOOM FRESH INTERNATIONAL LIMITED, <br><br>         Plaintiff, <br><br>         v. <br><br> JESSE SOLORIO; DEL SOL PRODUCE SALES, INC.; JESSE SOLORIO & SONS COLD STORAGE, INC.; CRESCENSIO A. MENA; and PATRICIO A. MENA, <br><br>         Defendants. | Case No. 1:25-cv-01305-JLT-CDB <br><br> STIPULATED PERMANENT INJUNCTION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CRESENSIO A. MENA AND PATRICIO A. MENA |

Upon consideration and having found good cause therein, the Court hereby **GRANTS** the request by Plaintiff BLOOM FRESH INTERNATION LIMITED'S ("Plaintiff" or "Bloom Fresh") and Defendants CRESENSIO A. MENA and PATRICIO A. MENA (collectively, "Mena Defendants") (together with Plaintiff, the "Parties") to enter the Stipulation to Entry of a Permanent Injunction as to the Mena Defendants as follows:

**WHEREAS**, on October 2, 2025, Plaintiff filed its Complaint (Doc. 1) in this Action against multiple defendants, including the Mena Defendants.

**WHEREAS**, Plaintiff is the owner of numerous U.S. Plant Patents and U.S. trademark registrations directed to Plaintiff's proprietary plant varieties, including the patent and trademark

identified and shown in ¶ 2 of Plaintiff's Complaint (Doc. 1) (collectively referred to herein as "Bloom Fresh's Intellectual Property");

WHEREAS, Plaintiff's Complaint asserted causes of action against the Mena Defendants for Patent Infringement under United States Patent Act, codified at 35 U.S.C. § 1 *et seq.*, and in particular, 35 U.S.C. §§ 271 and 281-285; and Trademark Infringement, False Designation of Origin, and Unfair Competition under U.S. trademark laws codified at 15 U.S.C. § 1051 *et seq.*, all arising from the propagation, cultivation, and/or use of certain plants and the marketing and/or sale of certain plants and/or fruit comprising Bloom Fresh's Intellectual Property (the "Accused Products");

WHEREAS, the Parties have entered into a Settlement Agreement that resolves all causes of action asserted by the Complaint against the Mena Defendants; and

WHEREAS, pursuant to the terms of the Settlement Agreement, the Mena Defendants agreed to, and the Parties HEREBY STIPULATE to, entry of a Permanent Injunction against the Mena Defendants and to voluntary dismissal of the Mena Defendants from the Action with prejudice.

THEREFORE, it is HEREBY ORDERED that:

1. The Court has personal jurisdiction over Defendants and subject matter jurisdiction in this Action at least pursuant to 15 U.S.C. § 1121.

2. The Mena Defendants, including all their agents, servants, successors and assigns, are permanently restrained and enjoined from directly and indirectly:

   a. Making, using, selling, offering for sale, or importing into the U.S., and/or knowingly permitting or inducing others to make, use, sell, offer for sale or import into the U.S., any products protected under Bloom Fresh's asserted U.S. Plant Patent, or from assisting or encouraging any other individual or entity in doing the same.

   b. All commercial use of Bloom Fresh's asserted Trademarks and any colorable imitations thereof in connection with the advertisement, promotion, display, offering for sale or sale of living plants and any related products and services; or from

representing or suggesting in any manner that the Mena Defendants, their products or services, or their activities are affiliated with, sponsored by, licensed by, or otherwise associated with Bloom Fresh; or from otherwise interfering with Bloom Fresh's use, enjoyment, and registration of Bloom Fresh's trademarks; or from assisting or encouraging any other individual or entity in doing the same.

3.      Each Party shall bear its own attorneys' fees and costs associated with the Action, with the exception of payments set forth in the Settlement Agreement, with neither Party deemed the prevailing party.

4.      The Court shall dismiss with prejudice Defendants Cresensio A. Mena and Patricio A. Mena from the above-entitled action.

IT IS SO ORDERED.

Dated:    **June 29, 2026**

_____
UNITED STATES DISTRICT JUDGE